# EXHIBIT A

Filing # 155611771 E-Filed 08/18/2022 11:55:37 AM

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT,
IN AND FOR INDIAN RIVER COUNTY, FLORIDA

HEIDI E. LOPEZ,

    Plaintiff,

v.                                                              CASE NO.:

WAL-MART STORES EAST, LP D/B/A
WALMART SUPERCENTER, STORE
#931,

    Defendant.
_____/

## COMPLAINT

Plaintiff, HEIDI E. LOPEZ, sues Defendant, WAL-MART STORES EAST, LP D/B/A WALMART SUPERCENTER, STORE #931, and hereafter allege:

1. This is an action for damages that exceeds THIRTY THOUSAND DOLLARS AND 00/100 ($30,000.00).

2. Plaintiff, HEIDI E. LOPEZ, is over the age of eighteen years and a resident of Indian River County, Florida.

3. Defendant, WAL-MART STORES EAST, LP, is a for-profit corporation formed under the laws of the state of Florida, and at all times herein was doing business as WALMART SUPERCENTER, STORE #931.

4. On or about 3/19/2021, Defendant, WAL-MART STORES EAST, LP, owned, operated, managed and/or maintained a certain premise, commonly

known as WALMART SUPERCENTER, STORE #931, located at 5555 20th Street, Vero Beach, FL 32966.

5. At the aforesaid time and place, Plaintiff, HEIDI E. LOPEZ, a business invitee, was lawfully on the premise commonly known as WALMART SUPERCENTER, STORE #931, located at or about 5555 20th Street, Vero Beach, FL 32966.

6. At the aforesaid time and place, Defendant created a dangerous condition on the floor and failed to warn of the dangers such that the Plaintiff slipped and fell which resulted in significant injuries.

7. Plaintiff reasserts and re-alleges all paragraphs set forth above as if fully set forth herein.

8. At the aforesaid time and place, Defendant, WAL-MART STORES EAST, LP, had a duty to maintain the aforementioned premises in a reasonably safe condition for persons lawfully on said premised, including Plaintiff, and to warn of any dangerous conditions.

9. At the aforesaid time and place, Defendant, WAL-MART STORES EAST, LP, failed to maintain the aforementioned property in a reasonably safe condition. Defendant allowed a dangerous condition to exist, specifically allowing water to be on the floor from a leaking freezer, failing to clean it up, and failing to warn of its danger.

10. As a direct and proximate result of Defendant's, WAL-MART STORES EAST, LP negligence, Plaintiff, HEIDI E. LOPEZ, slipped and fell and suffered bodily injury, disability, disfigurement, mental anguish and pain, loss of earnings,

loss of ability to earn money and aggravation of a previously existing conditions, and has incurred substantial medical expenses for treatment and care, past, present suffered pain there from, incurred medical expenses for treatment and care, past, present and future, his working ability was impaired, the injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, WAL-MART STORES EAST, LP D/B/A WALMART SUPERCENTER, STORE #931, for all allowable damages, interest, costs and any such other relief the court deems necessary and proper.

Plaintiff further demand a trial by jury.

DATED this 18th day of August, 2022.

/s/ Victoria M. Manglardi
Victoria M. Manglardi
Florida Bar No.: 93604
Martinez Manglardi, P.A.
4651 Babcock Street NE,
Suite 6A
Palm Bay, FL 32905
Telephone: (321) 312-4545
Facsimile: (321) 312-4544
victoria@martinezmanglardi.com
espada@martinezmanglardi.com
Attorney for Plaintiff